United States District Court
Southern District of Texas
**ENTERED**
November 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-00973 |
| | § | |
| 0.166 ACRES OF LAND, MORE OR LESS, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the Magistrate Judge's "Report and Recommendation to Dismiss Defendants Dalia Solis, Ida Alfardo, Joel De Leon, Rosie Mumm, Maria Elena Marrero and Louis Eduardo Llosa" (Dkt. No. 24) ("Report and Recommendation").

The Report and Recommendation was published on October 27, 2026, and objections to the Report and Recommendation were due on November 10, 2026. Since no objections were filed to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the Report and Recommendation (Dkt. No. 24) is **ADOPTED**. The Court **ACCEPTS** the Disclaimers (Dkt. No. 7, 8 9, 10, 21 and 22) and **DISMISSES** the disclaiming Defendants from this action: Dalia Solis, Ida Alfardo, Joel De Leon, Rosie Mumm, Maria Elena Marrero and Louis Eduardo Llosa.

SIGNED this November 17, 2026

Rolando Olvera
United States District Judge